**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DENA FIELDS,

      Plaintiff,

v.                                      Case No: 8:23-cv-02057-TPB-JSS

WALMART INC.,

      Defendant.

_____

## Notice of Pendency of Other Actions

In accordance with Local Rule 1.07, I certify that the instant action:

_____  IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

__X__  IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:    September 29, 2023

                                                Respectfully submitted,

                                               /s/ *William Wright*
                                               The Wright Law Office, P.A.
                                               515 N Flagler Dr Ste P300
                                               West Palm Beach FL 33401
                                               (561) 514-0904
                                               willwright@wrightlawoffice.com

                                               *Lead Counsel for Plaintiff*

Sheehan & Associates, P.C.
Spencer Sheehan*
60 Cuttermill Rd Ste 412
Great Neck NY 11021
(516) 268-7080
spencer@spencersheehan.com

*Counsel for Plaintiff*
**Pro Hac Vice* Application Forthcoming

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties.

                                                              /s/ *William Wright*